UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WILLIAM S. KELLER<br>Debtor(s) | : CHAPTER 13<br>:<br>: |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE | :<br>:<br>: |
| Movant<br>vs. | :<br>:<br>: |
| WILLIAM S. KELLER<br>Respondent(s) | :<br>: CASE NO. 1-17-bk-03059 |

<u>TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN</u>

AND NOW, this 8th of February, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, debtors' have excess non-exempt equity in the following:

    a. Residential real estate

2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. Secured claims not in plan. (York County Tax Claim Bureau – Claim #1)
    b. Avoided judgments do not impede debtor's exemptions based on debtor's calculations.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s) plan.
b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

Respectfully submitted:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/James K. Jones
Attorney for Trustee

## CERTIFICATE OF SERVICE

        AND NOW, this   8th   day of February, 2018, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Deborah Hughes, Esquire
2080 Linglestown Road, Suite 201
Harrisburg, PA   17110

                                                    /s/Deborah A. Behney
                                                    Office of Charles J. DeHart, III
                                                    Standing Chapter 13 Trustee2