```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 17-03059-HWV
William S. Keller                                               Chapter 13
         Debtor               CERTIFICATE OF NOTICE
District/off: 0314-1          User: AGarner          Page 1 of 1          Date Rcvd: Feb 20, 2018
                              Form ID: pdf010        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2018.
db             +William S. Keller,    2735 Roosevelt Avenue,    York, PA 17408-9151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Deborah A. Hughes    on behalf of Debtor 1 William S. Keller dhughes@ssbc-law.com,
               bankruptcy.dhughes@gmail.com;kshirk@ssbc-law.com
              James Warmbrodt     on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Matthew S Bleacher    on behalf of Creditor   DRB, Inc. d/b/a Superior Homes mbleacher@n-hlaw.com,
               bsolodky@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | CASE NO. 1-17-bk-03059 |
| WILLIAM S. KELLER | : | |
| | : | CHAPTER 13 PLAN |

## ORDER

Upon consideration of the Joint Stipulation between Debtor William S. Keller and Creditor DRB, Inc., d/b/a Superior Homes, it is hereby ORDERED that the Joint Stipulation is approved.

Dated: February 20, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)