```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 17-03059-HWV
William S. Keller                                               Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1        User: AGarner            Page 1 of 1         Date Rcvd: Mar 09, 2018
                            Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2018.
db             +William S. Keller,    2735 Roosevelt Avenue,    York, PA 17408-9151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Deborah A. Hughes    on behalf of Debtor 1 William S. Keller dhughes@ssbc-law.com,
               bankruptcy.dhughes@gmail.com;kshirk@ssbc-law.com
              James Warmbrodt     on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Matthew S Bleacher    on behalf of Creditor    DRB, Inc. d/b/a Superior Homes mbleacher@n-hlaw.com,
               bsolodky@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| WILLIAM S. KELLER | : | |
| SCOTT KELLER | : | |
| DBA SCOTT'S TOWING | : | |
| Debtor(s) | : | CASE NO. 1:17-03059HWV |
| | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | DOCKET NO: 40 |
| WILLIAM S. KELLER | : | |
| SCOTT KELLER | : | |
| DBA SCOTT'S TOWING | : | MOTION TO DISMISS |
| Respondent(s) | : | |

ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE

At Harrisburg, PA in said District,

Upon consideration of the STIPULATION filed on March 09, 2018

between the Chapter 13 Trustee and the above-captioned Debtor(s), in reference to the Trustee's

MOTION TO DISMISS for material default filed on or about February 20, 2018

IT IS HEREBY ORDERED that said Stipulation is APPROVED.

Dated: March 9, 2018

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Bankruptcy Judge (AG)