```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 17-03059-HWV
William S. Keller                                               Chapter 13
        Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-1          User: AGarner              Page 1 of 1          Date Rcvd: Jun 20, 2018
                              Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2018.
db             +William S. Keller,    2735 Roosevelt Avenue,    York, PA 17408-9151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Deborah A. Hughes    on behalf of Debtor 1 William S. Keller dhughes@ssbc-law.com,
               bankruptcy.dhughes@gmail.com;kshirk@ssbc-law.com
              James    Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Matthew S Bleacher    on behalf of Creditor    DRB, Inc. d/b/a Superior Homes mbleacher@n-hlaw.com,
               bsolodky@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                          :   IN BANKRUPTCY
WILLIAM S. KELLER               :   CHAPTER 13 PROCEEDING
a/k/a Scott Keller              :
d/b/a Scott's Towing            :
        Debtor                  :   BK. NO. 1-17-03059

## AMENDED ORDER

UPON CONSIDERATION of the foregoing Amended Application for Compensation and Reimbursement of Expenses filed by Deborah A. Hughes, the attorney for the debtor, after due notice to creditors and other parties in interest, no objections having been filed thereto, it is

HEREBY ORDERED AND DECREED that the request of the application be and hereby is granted and that Deborah A. Hughes, the attorney for the debtor be and hereby is awarded the sum of $12,637.50 as interim payment of counsel fees and $397.43 in costs from July 26, 2017 through March 6, 2018 in the above entitled matter.

FURTHER ORDERED that the Trustee should pay the fees requested in this Interim Application to Deborah A. Hughes through a distribution from the Chapter 13 Plan in the amount of $5,500.00. The underfunded amount will be paid directly to Deborah A. Hughes, Esquire by Debtor.

Dated: June 20, 2018                By the Court,

                                    _____
                                    Henry W. Van Eck, Bankruptcy Judge (KB)