IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENSYLVANIA

In re:

| | | |
|---|---|---|
| William S. Keller, a/k/a Scott Keller, d/b/a Scott's Towing, Debtor | : | Chapter 13 |
| Douglas P. Gross, Movant | : | |
| vs. | : | No. 17-03059 HWV |
| William S. Keller, a/k/a Scott Keller, d/b/a Scott's Towing, Debtor | : | |
| Charles J. DeHart III, Esquire | : | 11 U.S.C. Section 362 |

**ORDER**

    AND NOW, TO WIT, this _____ day of _____, 2018, upon consideration of the Motion to Lift Automatic Stay, it is ordered that the Automatic Stay is lifted with regard to two motor vehicles titled to Doug Gross, and Douglas Gross is hereby authorized to take appropriate action in the York County Court of Common Pleas proceedings to reclaim possession of the motor vehicles.

    Further ordered that Rule 4001(a)(3) is not applicable, and the Creditor may immediately enforce and implement this Order granting relief from the Automatic Stay.

BY THE COURT,

_____
Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENSYLVANIA

| | |
|---|---|
| In re: | |
| William S. Keller, a/k/a Scott Keller, d/b/a Scott's Towing, Debtor | : Chapter 13 |
| | : |
| Douglas P. Gross, Movant | : |
| | : |
| vs. | : No. 17-03059 HWV |
| | : |
| William S. Keller, a/k/a Scott Keller, d/b/a Scott's Towing, Debtor | : |
| | : |
| Charles J. DeHart III, Esquire | : 11 U.S.C. Section 362 |

**CERTIFICATE OF SERVICE**

      I, Marc Roberts, Esquire, attorney for Movant, do hereby certify that true and correct copies of the foregoing Motion of Douglas P. Gross for Relief from Automatic Stay and Notice of Motion, Response Deadline and Hearing Date have been served, on this date, by first class mail and/or electronic means upon those listed below:

William S. Keller, a/k/a Scott Keller, d/b/a Scott's Towing, Debtor
2735 Roosevelt Avenue
York, PA 17408

Deborah A. Hughes, Esquire, attorney for Debtor
2080 Linglestown Road, Suite 201
Harrisburg, PA 17108

Charles J. DeHart III, Esquire, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the US Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

PRA Receivables Management, LLC
P. O. Box 41021
Norfolk, VA 23541

James Warmbrodt, Esquire
o/b/o Harley Davidson Credit Corp.
2591 Wexford-Bayne Road
Suite 201
Sewickley, PA 15143

Matthew S. Bleecher, Esquire
o/b/o DRB, Inc., d/b/a Superior Homes
212 North Queen Street
Lancaster, PA 17603

                                                  /S/ *Marc Roberts*
                                                  Marc Roberts, Esquire
Date: July 18, 2018                          Attorney for Movant/Applicant