# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM S. KELLER<br>a/k/a Scott Keller<br>d/b/a Scott's Towing<br>Debtor | : IN BANKRUPTCY<br>: CHAPTER 13 PROCEEDING<br>:<br>: BK NO: 1-17-03059 |

## AMENDMENT TO BANKRUPTCY PETITION

AND NOW, comes the Debtor, William S. Keller, by and through his attorney, Deborah A. Hughes, Esquire, of Schiffman, Sheridan & Brown, PC, who wishes to amend his Bankruptcy Petition as follows:

**Add the following assets to:**

Schedule B.33 - Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment

    Counterclaim against Northeastern Motors, II      Asset: Unknown

Schedule B.33 - Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment

    Claim against Douglas Gross probably not collectible as Douglas Gross is in state prison      Asset: Estimate $45,000.00

Schedule B.53 - Do you have other property of any kind you did not already list

    Debtor is in possession of two vehicles that are titled in the name of Northeastern Motors, II; a 2006 Mazda 3 and a 2002 Ford F350. These vehicles are part of a lawsuit previously listed on Schedule F; 4.15.

Respectfully submitted,

Date: 7/26/18

*Deborah A. Hughes*
Deborah A. Hughes, Esquire
Schiffman, Sheridan & Brown, PC
2080 Linglestown Road, Suite 201
Harrisburg, PA 17110
(717) 651-1772

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re                                    :    IN BANKRUPTCY
WILLIAM S. KELLER                        :    CHAPTER 13 PROCEEDING
a/k/a Scott Keller                       :
d/b/a Scott's Towing                     :
    Debtor           :    BK NO: 1-17-03059

## **VERIFICATION**

I, William S. Keller, Debtor herein, do hereby verify that I have read the foregoing Amendment to the Bankruptcy Petition, and that it is true and correct to the best of my knowledge, information and belief.

/s/ _____
William S. Keller

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM S. KELLER | : | IN BANKRUPTCY |
| a/k/a Scott Keller | : | CHAPTER 13 PROCEEDING |
| d/b/a Scott's Towing | : | |
| Debtor | : | BK NO: 1-17-03059 |

## CERTIFICATE OF SERVICE

On this, the 26th day of July, 2018, I, Deborah A. Hughes, Esquire, do hereby certify that a true and correct copy of the foregoing AMENDMENT TO BANKRUPTCY PETITION was served by depositing same in first-class U.S. mail, postage prepaid and/or via electronic mail, to the following:

Charles J. DeHart, Esquire
Trustee
8125 Adams Drive #A
Hummelstown, PA 17036

Deborah A. Hughes, Esquire