# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM S. KELLER | : | IN BANKRUPTCY |
| a/k/a Scott Keller | : | CHAPTER 13 PROCEEDING |
| d/b/a Scott's Towing | : | |
| Debtor | : | BK NO: 1-17-03059 |

## AMENDMENT TO BANKRUPTCY PETITION

AND NOW, comes the Debtor, William S. Keller, who wishes to amend his Bankruptcy Petition as follows due to an inadvertent oversight in the gathering of information:

Addition to Statement of Financial Affairs #9 (Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action or administrative proceeding):

Northeastern Motors II, LLC v. William Scott Keller, a/k/a Scott Keller;
2014-SU-002014-74
civil lawsuit
York County Courthouse, York, PA
pending

Date: 7/26/18                                                                 /s/William S. Keller
                                                                              William S. Keller