IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : IN BANKRUPTCY |
| WILLIAM S. KELLER | : CHAPTER 13 BANKRUPTCY |
| a/k/a Scott Keller | : |
| d/b/a Scott's Towing | : |
| Debtor/Movant | : BK. NO. 1-17-03059 |
| | : |
| DOUG GROSS | : |
| | : |
| v. | : |
| | : |
| WILLIAM S. KELLER and | : |
| ASSISTANT U.S. TRUSTEE | : |
| Respondents | : |

## DEBTOR'S RESPONSE TO DOUG GROSS MOTION TO LIFT AUTOMATIC STAY

AND NOW, comes the Debtor, William S. Keller (hereinafter referred to as "Debtor"), by and through his attorney, Deborah A. Hughes, Esquire, of Schiffman, Sheridan & Brown, PC and responds to Doug Gross's Motion to Lift the Automatic Stay upon the following:

1. Denied. According to the docket of the Court of Common Pleas of York County, Douglas Gross, inmate number LR9159, born August 12, 1960, age 57, is currently housed in Camp Hill State Correction Facility for a period of between 5 - 10 years, having pled guilty to the following:

    a. 2 counts of possession of a firearm with the manufacture number altered, etc.
    b. Possession of firearm prohibited.
    c. Possession of controlled substance by person not registered.

    See Exhibit "A" attached and made part hereof.

2. Admitted.

3. Admitted.

4. Denied. Movant fails to identify what motor vehicles are in question. Debtor is in possession of a 2006 Mazda 3 and a 2002 Ford 350, which are titled in the name of Northeastern Motors II, LLC.

5. Denied. Vehicles are not titled in the name of convicted felon, Douglas Gross.

6. Denied. Property of the estate pursuant to 11 USC § 541 (a)(1) includes all of the debtor's legal and equitable interests in property. In re Traverse, 753 F.3d 19, 24 (1st Cir 2014).

7. Denied. Movant in this matter is Douglas Gross, while the York County litigation was filed by Northeastern Motors, II to number 2014-SU-002014-74 filed on June 10, 2014. See Exhibit "B" attached hereto made part hereof.

8. Admitted in part but denied that Movant, convicted felon Douglas Gross, is a party to said action.

9. Denied. Northeastern Motors, II was listed as a creditor in Debtor's Chapter 13 petition and notice was also given to Marc Roberts, Esquire, attorney for that creditor.

10. Denied. The confirmed plan requires payment to creditors of $100,000.00 so all property is necessary to effectuate the plan.

WHEREFORE, Debtor requests that the Motion be denied.

## NEW MATTER

11. Paragraphs 1 - 10 above are incorporated herein by reference as if fully set forth within.

12. The Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 1334 (b), 157 (a) and the standing order of reference from the United States District Court for the District of Pennsylvania. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(F) and (K). Venue is proper under 28 U.S.C. § 1408 and 1409(a).

13. Movant Doug Gross is not a party to the York County action as detailed in Exhibit "B".

14. Debtor believes that Movant's attorney, Marc Alan Roberts, Esquire has represented Debtor in past proceedings dealing with Northeastern Motors II LLC.

15. In 2013, among other actions representing Debtor, Marc Roberts, Esquire prepared a power of attorney in favor of Debtor as agent for Northeastern Motors II LLC. A copy of said power of attorney is attached hereto made part hereof as Exhibit "C".

16. The bar date to file claims in the Debtor's Chapter 13 case was December 13, 2017.

17. No claim was filed by Northeastern Motors II, LLC or its counsel Marc Roberts, Esquire or movant Doug Gross. See claims register attached hereto, made part hereof, as Exhibit "D".

18. Debtor's Chapter 13 plan was confirmed on April 18, 2018.

WHEREFORE, Debtor prays that Movant's Motion be dismissed with prejudice and any claim by Doug Gross or Northeastern Motors II LLC be stricken and terminated with prejudice.

Respectfully submitted,

Date: July 30, 2018

*Deborah A Hughes*
Deborah A. Hughes, Esquire
Schiffman, Sheridan & Brown, PC
2080 Linglestown Road, Suite 201
Harrisburg, PA 17110
(717) 651-1772
Supreme Court I.D. #31060

# Exhibit "A"

# COURT OF COMMON PLEAS OF YORK COUNTY
## DOCKET



**Docket Number: CP-67-CR-0004939-2013**
## CRIMINAL DOCKET
### Court Case

Commonwealth of Pennsylvania
v.
Douglas Paul Gross

Page 6 of 19

### DISPOSITION SENTENCING/PENALTIES

| Disposition / Case Event / Sequence/Description / Sentencing Judge / Sentence/Diversion Program Type / Sentence Conditions | Disposition Date / Offense Disposition / Sentence Date / Incarceration/Diversionary Period | Final Disposition / Grade | Section / Credit For Time Served / Start Date |
|---|---|---|---|
| 1 / Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver<br>Bortner, Michael E. | Nolle Prossed<br>08/18/2014 | F | 35 § 780-113 §§ A30 |
| 2 / Posses Firearm W/Manufacturer Number Altered, Etc<br>Bortner, Michael E.<br>Confinement<br><br>To pay such costs as has been imposed.<br>Report to YCP on 08/18/14 @ 5:00 PM | Guilty Plea - Negotiated<br>08/18/2014<br>Min of 5.00 Years<br>Max of 10.00 Years<br>5 years to 10 years | F2 | 18 § 6110.2 §§ A<br>1 Days<br>08/18/2014 |
| 3 / Posses Firearm W/Manufacturer Number Altered, Etc<br>Bortner, Michael E.<br>Confinement<br><br>To pay such costs as has been imposed. | Guilty Plea - Negotiated<br>08/18/2014<br>Min of 5.00 Years<br>Max of 10.00 Years<br>5 years to 10 years | F2 | 18 § 6110.2 §§ A<br>1 Days<br>08/18/2014 |
| 4 / Possession Of Firearm Prohibited<br>Bortner, Michael E.<br>Confinement<br><br>To pay such costs as has been imposed. | Guilty Plea - Negotiated<br>08/18/2014<br>Min of 5.00 Years<br>Max of 10.00 Years<br>5 years to 10 years | F2 | 18 § 6105 §§ A1<br>1 Days<br>08/18/2014 |
| 5 / Int Poss Contr Subst By Per Not Reg<br>Bortner, Michael E.<br>Confinement<br><br>To pay such costs as has been imposed. | Guilty Plea - Negotiated<br>08/18/2014<br>Min of 6.00 Months<br>Max of 12.00 Months<br>6 months to 12 months | M | 35 § 780-113 §§ A16<br>1 Days<br>08/18/2014 |
| 6 / Use/Poss Of Drug Paraph<br>Bortner, Michael E. | Nolle Prossed<br>08/18/2014 | M | 35 § 780-113 §§ A32 |
| 7 / Make Repairs/Sell/Etc Offens Weap<br>Bortner, Michael E. | Nolle Prossed<br>08/18/2014 | M1 | 18 § 908 §§ A |

CPCMS 9082     Printed: 07/24/2018

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# Exhibit "B"



# CASE DETAILS
### NORTHEASTERN MOTORS II LLC vs. WILLIAM SCOTT KELLER

Public Web User   Home   Help
2014-SU-002014-74
Print Dockets

Date filed: 06/10/2014 12:00 AM    Days Open: 1506
Date closed:    Status: OPEN

**CIVIL: TORT - OTHER**     <1/2>

| | Plaintiff | | Defendant |
|---|---|---|---|
| Name: | NORTHEASTERN MOTORS II LLC | Name: | WILLIAM SCOTT KELLER |
| Address: HOME | 1700 EAST CANAL RD, DOVER, PA 17315 | Address: HOME | 1536 HILTON AVE, DOVER, PA 17315 |

<1/3>

| | Attorney | | Attorney |
|---|---|---|---|
| Name: | MARC ALAN ROBERTS, ESQ | Name: | T KOREY LESLIE, ESQ |
| Address: FIRM ADDRESS | LAW OFFICE OF MARC ROBERTS, 149 EAST MARKET STREET, YORK, PA 17401, 717-843-1639 F#055 | Address: FIRM ADDRESS | KOREY LESLIE, ATTORNEY-AT-LAW, LLC, 104 EAST KING STREET, YORK, PA 17401, 717-845-5353 F#033 |

## Case Details

SubCategory: < Select SubCategory >
Commencement: < Select Commencement Category >
Filing Options: ☐ Pro Se   ☐ Class Action Suit   ☐ Money Damages   ☐ Outside Arbitration Limits   ☐ MDJ Appeal   ☐ In Forma Pauperis
Disposition: Final:    AOPC:
Public Notes:
Reference Nos.:

## Case Docket Entries

| Date | Category | Description |
|---|---|---|
| 4/7/2017 | RULE TO SHOW CAUSE | RULE TO SHOW CAUSE / RESPONSE FILED BY WILLIAM SCOTT K... |
| 3/21/2017 | COURT MINUTE SHEET | COURT MINUTE SHEET |
| 3/21/2017 | NOTICE GIVEN RE: PA R. C. P. 236 FAXED | NOTICE GIVEN RE: PA R. C. P. 236 FAXED |
| 3/21/2017 | RULE TO SHOW CAUSE RETURNABLE | RULE TO SHOW CAUSE RETURNABLE ON 4-10-17 BY THE COURT ... |
| 3/10/2017 | MOTION FOR SANCTIONS | MOTION FOR SANCTIONS W/CERT OF SVC |
| 3/10/2017 | MOVING PARTY CERTIFICATION OF GOOD FAITH | MOVING PART CERTIFICATION OF GOOD FAITH |
| 3/10/2017 | NOTICE OF PRESENTATION OF MOTION IN MOTION'S CT | NOTICE OF PRESENTATION OF MOTION IN MOTION'S CT |
| 2/16/2017 | COURT MINUTE SHEET | COURT MINUTE SHEET |
| 2/16/2017 | NOTICE GIVEN RE: PA R. C. P. 236 FAXED | NOTICE GIVEN RE: PA R. C. P. 236 FAXED |
| 2/16/2017 | ORDER COMPELLING DISCOVERY | ORDER COMPELLING DEFT TO RESPOND TO DISCOVERY REQUESTS... |
| 2/8/2017 | MOVING PARTY CERTIFICATION OF GOOD FAITH | MOVING PART CERTIFICATION OF GOOD FAITH |
| 2/8/2017 | MOTION TO COMPEL DISCOVERY | MOTION TO COMPEL DISCOVERY W/CERT OF SVC |
| 2/8/2017 | NOTICE OF PRESENTATION OF MOTION IN MOTION'S CT | NOTICE OF PRESENTATION OF MOTION IN MOTION'S CT |
| 11/4/2016 | NOTICE GIVEN RE: PA R. C. P. 236 | NOTICE GIVEN RE: PA R. C. P. 236 |
| 11/4/2016 | ORDER DISMISSING MOTION | ORDER DISMISSING MOTION TO COMPEL DISCOVERY BY THE COU... |
| 10/21/2016 | NOTICE OF PRESENTATION OF MOTION IN MOTION'S CT | NOTICE OF PRESENTATION OF MOTION IN MOTION'S CT |

| Date | | Description |
|---|---|---|
| 10/14/2016 | CERTIFICATION | MOVING PARTY CERTIFICATION OF GOOD FAITH |
| 10/14/2016 | MOTION TO COMPEL ANSWERS TO DISCOVERY | MOTION TO COMPEL DISCOVERY W/ CERT OF SVC |
| 10/14/2016 | NOTICE OF PRESENTATION OF MOTION IN MOTION'S CT | NOTICE OF PRESENTATION OF MOTION IN MOTION'S CT |
| 7/11/2014 | ANSWER TO COMPLAINT | ANSWER TO COMPLAINT W/CERT OF SVC |
| 7/3/2014 | DEFAULT NOTICE RE: 237.1 (DEFENSE) | DEFAULT NOTICE RE: PA R C P 237.1 (DEFENSE) W/CERT OF SVC |
| 6/18/2014 | SHERIFF RETURN OF SERVICE | SHERIFF RETURN OF SERVICE COMPLAINT SERVED ON WILLIAM ... |
| 6/10/2014 | COMPLAINT IN A CIVIL ACTION | COMPLAINT IN REPLEVIN |

**Case Judgments**

| Date | Creditor | Debtor | Description | Amount | ... |
|---|---|---|---|---|---|

# Exhibit "C"

LAW OFFICE OF MARC ROBERTS
149 EAST MARKET STREET
YORK, PENNSYLVANIA 17401
717-843-1639

THE PURPOSE OF THIS POWER OF ATTORNEY IS TO GIVE THE PERSON YOU DESIGNATE (YOUR "AGENT") BROAD POWERS TO HANDLE YOUR PROPERTY, WHICH MAY INCLUDE POWERS TO SELL OR OTHERWISE DISPOSE OF ANY REAL OR PERSONAL PROPERTY WITHOUT ADVANCE NOTICE TO YOU OR APPROVAL BY YOU.

THIS POWER OF ATTORNEY DOES NOT IMPOSE A DUTY ON YOUR AGENT TO EXERCISE GRANTED POWERS, BUT WHEN POWERS ARE EXERCISED, YOUR AGENT MUST USE DUE CARE TO ACT FOR YOUR BENEFIT AND IN ACCORDANCE WITH THIS POWER OF ATTORNEY.

YOUR AGENT MAY EXERCISE THE POWERS GIVEN HERE THROUGHOUT YOUR LIFETIME, EVEN AFTER YOU BECOME INCAPACITATED, UNLESS YOU EXPRESSLY LIMIT THE DURATION OF THESE POWERS OR YOU REVOKE THESE POWERS OR A COURT ACTING ON YOUR BEHALF TERMINATES YOUR AGENT'S AUTHORITY.

YOUR AGENT MUST KEEP YOUR FUNDS SEPARATE FROM YOUR AGENT'S FUNDS.

A COURT CAN TAKE AWAY THE POWERS OF YOUR AGENT IF IT FINDS YOUR AGENT IS NOT ACTING PROPERLY.

THE POWERS AND DUTIES OF AN AGENT UNDER A POWER OF ATTORNEY ARE EXPLAINED MORE FULLY IN 20 PA.C.S. CH. 56.

IF THERE IS ANYTHING ABOUT THIS FORM THAT YOU DO NOT UNDERSTAND, YOU SHOULD ASK A LAWYER OF YOUR OWN CHOOSING TO EXPLAIN IT TO YOU.

I HAVE READ OR HAD EXPLAINED TO ME THIS NOTICE AND I UNDERSTAND ITS CONTENTS.

DATE: May 21, 2013

_____
DOUGLAS P. GROSS, PRINCIPAL

## ACKNOWLEDGMENT BY AGENT

I HAVE READ THE ATTACHED POWER OF ATTORNEY AND AM THE PERSON IDENTIFIED AS THE AGENT FOR THE PRINCIPAL. I HEREBY ACKNOWLEDGE THAT IN THE ABSENCE OF A SPECIFIC PROVISION TO THE CONTRARY IN THE POWER OF ATTORNEY OR IN 20 PA.C.S. WHEN I ACT AS AGENT:

I SHALL EXERCISE THE POWERS FOR THE BENEFIT OF THE PRINCIPAL.

I SHALL KEEP THE ASSETS OF THE PRINCIPAL SEPARATE FROM MY ASSETS.

I SHALL EXERCISE REASONABLE CAUTION AND PRUDENCE.

I SHALL KEEP A FULL AND ACCURATE RECORD OF ALL ACTIONS, RECEIPTS AND DISBURSEMENTS ON BEHALF OF THE PRINCIPAL.

DATE: May 22, 2013

_____
WILLIAM S. KELLER, AGENT

THE PERSON SIGNING THE POWER OF ATTORNEY IS REFERRED TO IN THIS NOTICE AS THE "PRINCIPAL."

THE PERSON WHO IS GIVEN THE POWER TO ACT IN THIS POWER OF ATTORNEY IS REFERRED TO AS THE "AGENT," BUT MAY BE REFERRED TO IN GENERAL USAGE AS THE "POWER OF ATTORNEY," "TRUE AND LAWFUL ATTORNEY," OR "ATTORNEY-IN-FACT."

# SPECIAL POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I, DOUGLAS P. GROSS, have made, constituted and appointed and by these presents do make, constitute, and appoint WILLIAM S. KELLER, my true and lawful attorney for me and in my name, place and stead, with respect to any and all matters with respect to the business known as Northeastern Motors II, Inc., of which I am the sole shareholder and officer.

Giving and granting unto my said attorney by these presents my full and complete authority to act as fully and completely in the premises as I might do if personally present, and to do all lawful acts requisite for effecting the premises; hereby ratifying and confirming all that the said attorney shall do therein by virtue of these presents. Included shall be the power to do all enumerated acts set forth in Pa.C.S.A. Title 20, Chapter 56, Sections 5602, Subsection (a) (11), and Section 5603, Subsection (j), as amended to the date of this instrument.

IN WITNESS WHEREOF, intending to be legally bound, I have hereunto set my hand and seal this 21st day of May, 2013.

WITNESS:

_____      _____ (SEAL)
                             DOUGLAS P. GROSS

COMMONWEALTH OF PENNSYLVANIA   :
                               : SS
COUNTY OF YORK                 :

On this, the 21st day of May, 2013, before me, a notary public, the undersigned officer, personally appeared DOUGLAS P. GROSS known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same freely and voluntarily for the purpose therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Deborah Ann Lau, Notary Public
City of York, York County
My Commission Expires Dec. 22, 2013

Case 1:17-bk-03059-HWV   Doc 76   Filed 07/30/18   Entered 07/30/18 13:52:17   Desc
Main Document      Page 11 of 19

# Exhibit "D"

# Middle District of Pennsylvania
# Claims Register

### 1:17-bk-03059-HWV William S. Keller and Douglas Gross

**Judge:** Henry W. Van Eck  **Chapter:** 13
**Office:** Harrisburg  **Last Date to file claims:** 12/13/2017
**Trustee:** Charles J DeHart, III (Trustee)  **Last Date to file (Govt):** 01/21/2018

| Creditor: (4953736) York County Tax Claim Bureau 28 East Market Street York, PA 17401 | Claim No: 1 Original Filed Date: 08/04/2017 Original Entered Date: 08/04/2017 | Status: Filed by: CR Entered by: April Garner Modified: |
|---|---|---|

| Amount | claimed: | $17843.58 |
| Secured | claimed: | $17843.58 |
| Priority | claimed: | $17843.58 |

**History:**

| Details | 1-1 | 08/04/2017 | Claim #1 filed by York County Tax Claim Bureau, Amount claimed: $17843.58 (Garner, April ) |
|---|---|---|---|

**Description:**
**Remarks:** (1-1) all boxes checked

| Creditor: (4949923) Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | Claim No: 2 Original Filed Date: 08/22/2017 Original Entered Date: 08/22/2017 Last Amendment Filed: 08/30/2017 Last Amendment Entered: 08/30/2017 | Status: Filed by: CR Entered by: Internal Revenue Service Modified: |
|---|---|---|

| Amount | claimed: | $0.00 |
| Secured | claimed: | $0.00 |
| Priority | claimed: | $0.00 |

**History:**

| Details | 2-1 | 08/22/2017 | Claim #2 filed by Internal Revenue Service, Amount claimed: $2903.34 (Internal Revenue Service) |
|---|---|---|---|
| Details | 2-2 | 08/30/2017 | Amended Claim #2 filed by Internal Revenue Service, Amount claimed: $0.00 (Internal Revenue Service) |

**Description:**
**Remarks:**

| Creditor: (4963352)<br>Columbia Gas of Pennsylvania<br>PO Box 117<br>Columbus, OH 43216 | Claim No: 3<br>Original Filed Date: 08/31/2017<br>Original Entered Date: 08/31/2017 | Status:<br>Filed by: CR<br>Entered by: April Garner<br>Modified: |
|---|---|---|

Amount claimed: $1624.05

History:

| Details | 3-1 | 08/31/2017 | Claim #3 filed by Columbia Gas of Pennsylvania, Amount claimed: $1624.05 (Garner, April) |
|---|---|---|---|

Description:
Remarks:

| Creditor: (4982636)<br>Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Claim No: 4<br>Original Filed Date: 10/20/2017<br>Original Entered Date: 10/20/2017 | Status:<br>Filed by: CR<br>Entered by: Shelbey Rae Jurek<br>Modified: |
|---|---|---|

Amount claimed: $458.20

History:

| Details | 4-1 | 10/20/2017 | Claim #4 filed by Premier Bankcard, Llc, Amount claimed: $458.20 (Jurek, Shelbey) |
|---|---|---|---|

Description: (4-1) CREDIT CARD
Remarks:

| Creditor: (4988902)<br>LVNV Funding, LLC its successors and assigns as<br>assignee of MHC Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim No: 5<br>Original Filed Date: 11/06/2017<br>Original Entered Date: 11/06/2017 | Status:<br>Filed by: CR<br>Entered by: DeAnna Gambrell<br>Modified: |
|---|---|---|

Amount claimed: $1165.35
Secured claimed: $0.00

History:

| Details | 5-1 | 11/06/2017 | Claim #5 filed by LVNV Funding, LLC its successors and assigns as, Amount claimed: $1165.35 (Gambrell, DeAnna) |
|---|---|---|---|

Description:
Remarks:

| Creditor: (5000174)<br>AT&T Mobility II LLC<br>%AT&T SERVICES INC.<br>KAREN A. CAVAGNARO LEAD PARALEGAL<br>ONE AT&T WAY, SUITE 3A104<br>BEDMINSTER, NJ. 07921 | Claim No: 6<br>Original Filed Date: 12/07/2017<br>Original Entered Date: 12/07/2017 | Status:<br>Filed by: CR<br>Entered by: Roxanne Cox<br>Modified: |
|---|---|---|

Amount claimed: $3025.13

History:
| Details | 6-1 | 12/07/2017 | Claim #6 filed by AT&T Mobility II LLC, Amount claimed: $3025.13 (Cox, Roxanne) |

Description:
Remarks:

| Creditor: (4949920)<br>DRB, Inc. d/b/a Superior Homes<br>2187 Lincoln Highway East<br>Lancaster, PA 17602 | Claim No: 7<br>Original Filed Date: 12/07/2017<br>Original Entered Date: 12/07/2017 | Status:<br>Filed by: CR<br>Entered by: Matthew S Bleacher<br>Modified: |
|---|---|---|

Amount claimed: $144732.36
Secured claimed: $136000.00
Priority claimed: $0.00

History:
| Details | 7-1 | 12/07/2017 | Claim #7 filed by DRB, Inc. d/b/a Superior Homes, Amount claimed: $144732.36 (Bleacher, Matthew) |

Description:
Remarks:

| Creditor: (5001466)<br>LVNV Funding, LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Claim No: 8<br>Original Filed Date: 12/11/2017<br>Original Entered Date: 12/11/2017 | Status:<br>Filed by: CR<br>Entered by: DeAnna Gambrell<br>Modified: |
|---|---|---|

Amount claimed: $594.13

History:
| Details | 8-1 | 12/11/2017 | Claim #8 filed by LVNV Funding, LLC, Amount claimed: $594.13 (Gambrell, DeAnna) |

Description:
Remarks:

| Creditor: (4955125)<br>Eugene R. Campbell<br>2205 E. Market Street<br>York, PA 17402 | **Claim No: 9**<br>Original Filed Date: 12/13/2017<br>Original Entered Date: 12/13/2017 | Status:<br>Filed by: CR<br>Entered by: Webclaimusr<br>Modified: |
|---|---|---|
| Amount claimed: $4420.00 | | |
| History: | | |
| Details  9-1  12/13/2017  Claim #9 filed by Eugene R. Campbell, Amount claimed: $4420.00 (Webclaimusr) | | |
| Description: | | |
| Remarks: | | |

| Creditor: (4949924)<br>Jay Enterprises Inc.<br>3880 Union Deposit Road<br>Harrisburg, PA 17109 | **Claim No: 10**<br>Original Filed Date: 03/06/2018<br>Original Entered Date: 03/06/2018 | Status:<br>Filed by: AT<br>Entered by: Deborah A. Hughes<br>Modified: |
|---|---|---|
| Amount claimed: $1014.50<br>Secured claimed: $1014.50 | | |
| History: | | |
| Details  10-1  03/06/2018  Claim #10 filed by Jay Enterprises Inc., Amount claimed: $1014.50 (Hughes, Deborah ) | | |
| Description: | | |
| Remarks: | | |

## Claims Register Summary

**Case Name:** William S. Keller and Douglas Gross
**Case Number:** 1:17-bk-03059-HWV
**Chapter:** 13
**Date Filed:** 07/25/2017
**Total Number Of Claims:** 10

| Total Amount Claimed* | $174877.30 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

The values are reflective of the data entered. Always refer to claim documents for actual amounts.

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $154858.08 | |
| **Priority** | $17843.58 | |

| Administrative | | |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/23/2018 14:13:19 | | | |
| PACER Login: | ss1330:2640545:0 | Client Code: | |
| Description: | Claims Register | Search Criteria: | 1:17-bk-03059-HWV Filed or Entered From: 1/1/1980 Filed or Entered To: 7/23/2018 |
| Billable Pages: | 1 | Cost: | 0.10 |

## VERIFICATION

I, William S. Keller, Debtor herein, do hereby verify that I have read the foregoing Response to Doug Gross's Motion for Relief from Stay and that it is true and correct to the best of my knowledge, information and belief.

/s/_____
William S. Keller

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : IN BANKRUPTCY
WILLIAM S. KELLER : CHAPTER 13 BANKRUPTCY
a/k/a Scott Keller :
d/b/a Scott's Towing :
       Debtor/Movant : BK. NO. 1-17-03059
:
:
DOUG GROSS :
:
v. :
:
WILLIAM S. KELLER and :
ASSISTANT U.S. TRUSTEE :
       Respondents :

## CERTIFICATE OF SERVICE

On this, the **30** day of July, 2018, I, Deborah A. Hughes, Esquire, do hereby certify that a true and correct copy of the foregoing Response was served by depositing same in first-class U.S. mail, postage prepaid and/or via electronic mail, to the following:

Charles J. DeHart, III, Esquire
Trustee
8125 Adams Drive #A
Hummelstown, PA 17036

Marc Roberts, Esquire
149 East Market Street
York, PA 17401

_____
Deborah A. Hughes, Esquire