IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENSYLVANIA

In re:

| | |
|---|---|
| William S. Keller, a/k/a Scott Keller, d/b/a Scott's Towing, Debtor | : In Bankruptcy<br>: Chapter 13 Bankruptcy<br>: |
| Doug Gross | :<br>: |
| vs. | : BK No. 17-03059<br>: |
| William S. Keller and<br>Assistant U.S. Trustee, Respondents | :<br>: |

**PRAECIPE TO WITHDRAW MOTION**

Please withdraw the Motion to Lift Automatic Stay previously filed in the above captioned matter.

                                          /S/ *Marc Roberts*
                                          Marc Roberts, Esquire
Date: August 2, 2018                       Attorney for Doug Gross

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENSYLVANIA

In re:

| | |
|---|---|
| William S. Keller, a/k/a Scott Keller, d/b/a Scott's Towing, Debtor | : In Bankruptcy<br>: Chapter 13 Bankruptcy |
| Doug Gross | : |
| vs. | : BK No. 17-03059 |
| William S. Keller and<br>Assistant U.S. Trustee, Respondents | : |

**CERTIFICATE OF SERVICE**

    I, Marc Roberts, Esquire, attorney for Doug Gross, do hereby certify that true and correct copies of the foregoing Praecipe to Withdraw Motion have been served, on this date, by first class mail and/or electronic means upon those listed below:

William S. Keller, a/k/a Scott Keller, d/b/a Scott's Towing, Debtor
2735 Roosevelt Avenue
York, PA 17408

Deborah A. Hughes, Esquire, attorney for Debtor
2080 Linglestown Road, Suite 201
Harrisburg, PA 17108

Charles J. DeHart III, Esquire, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the US Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

PRA Receivables Management, LLC
P. O. Box 41021
Norfolk, VA 23541

James Warmbrodt, Esquire
o/b/o Harley Davidson Credit Corp.
2591 Wexford-Bayne Road
Suite 201
Sewickley, PA 15143

Matthew S. Bleecher, Esquire
o/b/o DRB, Inc., d/b/a Superior Homes
212 North Queen Street
Lancaster, PA 17603

/S/ *Marc Roberts*
Marc Roberts, Esquire
Date: August 2, 2018                     Attorney for Doug Gross