```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                              Case No. 17-03059-HWV
William S. Keller                                                                   Chapter 13
      Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-1          User: DeborahGe              Page 1 of 2              Date Rcvd: Nov 26, 2019
                              Form ID: pdf010              Total Noticed: 36
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2019.
```
db             +William S. Keller,    2735 Roosevelt Avenue,    York, PA 17408-9151
cr             +Douglas Gross,    2500 Lisburn Rd,   Camp Hill, PA 17011-8005
cr             +Manchester Township,    3200 Farmtrail Road,    York, PA 17406-5699
4949915         Burea of Account Management,    3507 Rosemont Avenue,    Camp Hill, PA  17011
4963352       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court:   Columbia Gas of Pennsylvania,    PO Box 117,   Columbus, OH 43216)
4949916        +Camp Hill Emergency Physicians,    c/o Commonwealth Financial,    245 Main Street,
                 Dickson City, PA 18519-1641
4949918        +Commonwealth of Pennsylvania,    Bureau of Labor and Industry,
                 Office of Unemp Comp Tax Services OUCTS,    PO Box 60848,    Harrisburg, PA 17106-0848
4949920        +DRB, Inc. d/b/a Superior Homes,    2187 Lincoln Highway East,    Lancaster, PA 17602-1182
4949919        +Deborah A. Hughes, Esquire,    2080 Linglestown Road, Suite 201,    Harrisburg, PA 17110-9670
4955125        +Eugene R. Campbell,    2205 E. Market Street,    York, PA 17402-2881
4955131        +Factory Finance Company,    701 E. Locust Street,    Mechanicsburg, PA 17055-3470
4955130        +Fairview Vision,    539 Old York Road,   New Cumberland, PA 17070-3126
4949921        +First Premier Bank,    601 S. Minnesota Avenue,    Sioux Falls, SD 57104-4868
4949922        +Holy Spirit Hospital,    c/o Financial Recoveries,    200 E. Park Drive, Suite 100,
                 Mount Laurel, NJ 08054-1297
4949924       #+Jay Enterprises Inc.,    3880 Union Deposit Road,    Harrisburg, PA 17109-5919
4949925        +Jean Stambaugh, Tax Collector,    3204 Farmtrail Road,    York, PA 17406-5699
4955127        +Marc Roberts, Esquire,    149 E. Market Street,    York, PA 17401-1221
4955132        +McNees, Wallace & Nurick,    100 Pine Street,    Harrisburg, PA 17101-1288
4955128       #+Memorial Hospital,    325 S. Belmont Street,    York, PA 17403-2609
4955129        +Moffitt Heart & Vascular Group,    1000 N. Front Street,    Wormleysburg, PA 17043-1034
4955126        +Northeastern Motors, II, LLC,    1700 E. Canal Road,    Dover, PA 17315-3606
4949929        +Penn State Hershey Medical Center,    PO Box 643291,    Pittsburgh, PA 15264-3291
4949931        +Robert S. Cronin, Esquire,    212 N. Queen Street,    Lancaster, PA 17603-3512
4949933        +York County Tax Claim Bureau,    28 E. Market Street, Room 110,    York, PA 17401-1587
4953736        +York County Tax Claim Bureau,    28 East Market Street,    York, PA 17401-1501
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5000174        +E-mail/Text: g20956@att.com Nov 26 2019 18:59:34      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO  LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
4949917        +E-mail/Text: bankruptcy@sw-credit.com Nov 26 2019 18:59:26      Comcast,
                 c/o Southwest Credit System,    4120 International Parkway,    Carollton, TX 75007-1957
4949923         E-mail/Text: cio.bncmail@irs.gov Nov 26 2019 18:59:20      Internal Revenue Service,
                 PO Box 21126,    Philadelphia, PA  19114
4949926         E-mail/Text: bncnotices@becket-lee.com Nov 26 2019 18:59:18      Kohls Capital One,
                 N 56 W 1700 Ridgewood Drive,    Menomonee Falls,WI   53051
5001466         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 26 2019 19:05:39      LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC  29603-0587
4988902         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 26 2019 19:05:51
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4949927         E-mail/Text: DATA@COLLECTIONCENTERIND.COM Nov 26 2019 18:59:35       Miller Dipietro Associates,
                 c/o Collection Center,    2011 Miller Road,    Lancaster, PA  17604
4949928        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 26 2019 19:05:38      Orion/Met Ed,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4949508        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 26 2019 19:16:40
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4949930         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 26 2019 18:59:24
                 Pennsylvania Department of Revenue,    Dept. 280946,    ATTN: Bankruptcy Division,
                 Harrisburg, PA  17128-0946
4982636        +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 26 2019 18:59:28      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +DRB, Inc. d/b/a Superior Homes,    2187 Lincoln Highway East,    Lancaster, PA 17602-1182
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4949932*       +William S. Keller,    2735 Roosevelt Avenue,    York, PA 17408-9151
4949914       ##+Aaron Sales & Lease,    1015 Cobb Place Blvd NW,    Kennesaw, GA 30144-3672
                                                                                                TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2019 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Deborah A. Hughes    on behalf of Debtor 1 William S. Keller dhughes@ssbc-law.com,
           bankruptcy.dhughes@gmail.com;kshirk@ssbc-law.com
          James Warmbrodt    on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
          Lawrence V. Young    on behalf of Creditor   Manchester Township lyoung@cgalaw.com,
           tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
           com
          Marc A Roberts    on behalf of Creditor Douglas  Gross marc@marcrobertslaw.com,
           linda@marcrobertslaw.com
          Matthew S Bleacher    on behalf of Creditor   DRB, Inc. d/b/a Superior Homes mbleacher@n-hlaw.com,
           bsolodky@n-hlaw.com;asnavely@n-hlaw.com;lmitchell@n-hlaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>   WILLIAM S. KELLER<br>   a/k/a SCOTT KELLER<br>   a/k/a SCOTT'S TOWING,<br>                        Debtor<br><br>MANCHESTER TOWNSHIP,<br>                        Movant<br><br>v.<br><br>WILLIAM S. KELLER,<br>                        Respondent | Chapter 13<br><br>Case No. 1:17-bk-03059-HWV |

ORDER

UPON CONSIDERATION of the Motion filed by Manchester Township, and after Notice to all creditors and parties in interest, and no Objections having been filed, it is hereby

ORDERED THAT the within case is hereby dismissed pursuant to 11 U.S.C. 1307. This Court shall retain jurisdiction over the filing of administrative claims.

Dated: November 26, 2019

By the Court,

*/s/ Henry W. Van Eck*
Henry W. Van Eck, Bankruptcy Judge (LS)

{01667073/1}